IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harden, Michael B | Case Number: 05 B 60288 |
|---|---|---|
|  | Harden, Patrice | Judge: Hollis, Pamela S |
|  | Printed: 1/15/08 | Filed: 10/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 5, 2007
Confirmed: February 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,302.00 |  |
| Secured: |  | 3,430.03 |
| Unsecured: |  | 8,709.72 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,400.00 |
| Trustee Fee: |  | 748.43 |
| Other Funds: |  | 13.82 |
| Totals: | 14,302.00 | 14,302.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 1,400.00 | 1,400.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 403.84 | 403.84 |
| 5. | Litton Loan Servicing | Secured | 5,741.16 | 0.00 |
| 6. | Hinsdale Bank & Trust | Secured | 3,026.19 | 3,026.19 |
| 7. | ECast Settlement Corp | Unsecured | 406.51 | 124.24 |
| 8. | MCSI | Unsecured | 4,381.84 | 1,339.31 |
| 9. | Nordstrom | Unsecured | 527.29 | 161.17 |
| 10. | Nuvell Financial Services | Unsecured | 4,585.44 | 1,401.54 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 1,331.07 | 406.84 |
| 12. | RMI/MCSI | Unsecured | 266.55 | 68.25 |
| 13. | Loan Express Company | Unsecured | 779.23 | 238.17 |
| 14. | Hinsdale Bank & Trust | Unsecured | 0.10 | 0.00 |
| 15. | B-Line LLC | Unsecured | 1,459.76 | 446.17 |
| 16. | World Financial Network Nat'l | Unsecured | 622.00 | 190.12 |
| 17. | Loan Express Company | Unsecured | 413.73 | 126.46 |
| 18. | Resurgent Capital Services | Unsecured | 629.32 | 192.35 |
| 19. | Resurgent Capital Services | Unsecured | 1,628.67 | 497.81 |
| 20. | First North American Nat Bk | Unsecured | 11,507.61 | 3,517.29 |
| 21. | Advocate South Suburban Hosp | Unsecured |  | No Claim Filed |
| 22. | Bank One | Unsecured |  | No Claim Filed |
| 23. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 24. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 25. | Collection Company Of America | Unsecured |  | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harden, Michael B  
Harden, Patrice  
Printed: 1/15/08

Case Number: 05 B 60288  
Judge: Hollis, Pamela S  
Filed: 10/15/05

| #   | Creditor                        | Type      |        | Claim          |
|-----|---------------------------------|-----------|--------|----------------|
| 26. | Credit Recovery                 | Unsecured |        | No Claim Filed |
| 27. | Collection Company Of America   | Unsecured |        | No Claim Filed |
| 28. | Collection Company Of America   | Unsecured |        | No Claim Filed |
| 29. | Collection Company Of America   | Unsecured |        | No Claim Filed |
| 30. | Arrow Financial Services        | Unsecured |        | No Claim Filed |
| 31. | RMI/MCSI                        | Unsecured |        | No Claim Filed |
| 32. | Cross Country Bank              | Unsecured |        | No Claim Filed |
| 33. | Dependon Collections Service    | Unsecured |        | No Claim Filed |
| 34. | First Premier                   | Unsecured |        | No Claim Filed |
| 35. | First Premier                   | Unsecured |        | No Claim Filed |
| 36. | Illinois State Tollway          | Unsecured |        | No Claim Filed |
| 37. | Collection Company Of America   | Unsecured |        | No Claim Filed |
| 38. | Omnium Worldwide                | Unsecured |        | No Claim Filed |
| 39. | Nicor Gas                       | Unsecured |        | No Claim Filed |
| 40. | NCO Financial Systems           | Unsecured |        | No Claim Filed |
| 41. | Park Dansan                     | Unsecured |        | No Claim Filed |
| 42. | Arrow Financial Services        | Unsecured |        | No Claim Filed |
| 43. | Pay Day Loan Store Of Illinois  | Unsecured |        | No Claim Filed |
| 44. | Pay Day Loan Store Of Illinois  | Unsecured |        | No Claim Filed |
| 45. | RMI/MCSI                        | Unsecured |        | No Claim Filed |
| 46. | Loan Express Company            | Unsecured |        | No Claim Filed |
| 47. | Ronald J Magiera                | Unsecured |        | No Claim Filed |
| 48. | RMI/MCSI                        | Unsecured |        | No Claim Filed |
| 49. | RMI/MCSI                        | Unsecured |        | No Claim Filed |
| 50. | Suburban Emergency Physician    | Unsecured |        | No Claim Filed |
| 51. | RMI/MCSI                        | Unsecured |        | No Claim Filed |
| 52. | RMI/MCSI                        | Unsecured |        | No Claim Filed |
| 53. | RMI/MCSI                        | Unsecured |        | No Claim Filed |
| 54. | Surety Finance                  | Unsecured |        | No Claim Filed |
| 55. | Unifund Corporation             | Unsecured |        | No Claim Filed |
| 56. | United Cash Loans               | Unsecured |        | No Claim Filed |
| 57. | Sherman Acquisition             | Unsecured |        | No Claim Filed |
| 58. | RMI/MCSI                        | Unsecured |        | No Claim Filed |

$ 39,110.31         $ 13,539.75

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.5%     | 406.45    |
| 5%       | 271.70    |
| 4.8%     | 70.28     |
|          | $ 748.43  |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Harden, Michael B | Case Number:  05 B 60288 |
| Harden, Patrice | Judge:  Hollis, Pamela S |
| Printed:  1/15/08 | Filed:  10/15/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

